**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**(BID PROTEST)**

|  |  |  |
|---|---|---|
| iAccess Technologies, Inc., | ) | |
| | ) | |
| *Plaintiff,* | ) | No. 25-1751 C |
| | ) | |
| v. | ) | |
| | ) | **Judge** _____ |
| THE UNITED STATES, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |

## PLAINTIFF'S MOTION FOR PROTECTIVE ORDER

Pursuant to Section VI of Appendix C of the Rules of the United States Court of Federal Claims, Plaintiff, iAccess Technologies, Inc. hereby respectfully requests that the Court issue its standard Protective Order in the above-captioned case so that the parties' proprietary, confidential, and competition-sensitive information may be protected during this proceeding. For the Court's convenience, Plaintiff has attached hereto the Court's standard Protective Order.

Respectfully submitted,

s/ Paul F. Khoury
Paul F. Khoury
WILEY REIN LLP
2050 M Street NW
Washington, DC 20036
pkhoury@wiley.law
Phone: (202) 719-7346
Facsimile: (202) 719-7049
*Counsel of Record for iAccess Technologies, Inc.*

*Of counsel:*
George Petel
Vaibhavi Patria
WILEY REIN LLP
Dated: October 16, 2025